### SAMUEL MALBAURN ET AL. *v.*
### ALBERT E. WEISS, JR.
### (14340)

Schaller, Spear and Hennessy, Js.

Submitted on briefs December 14, 1995—decision released January 23, 1996

*Albert E. Weiss, Jr.*, pro se, the appellant (defendant), filed a brief.

*Robert B. Young* filed a brief for the appellees (plaintiffs).

PER CURIAM. The judgment is affirmed.